# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MASON DIXON INTERMODAL, INC. | ) | Case No. 05-74637 |
| | ) | |
| Plaintiff. | ) | Arthur J. Tarnow |
| | ) | District Judge |
| v. | ) | |
| | ) | |
| SOUTHERN INDUSTRIAL PROPERTIES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE [DE 6]

Before the Court is Defendant's motion to transfer venue [DE 6]. The Court heard oral argument on the motion on April 26, 2006. For the reasons stated on the record at the motion hearing, specifically a lack of personal jurisdiction over Defendant,

IT IS HEREBY ORDERED that Defendant's motion to transfer is GRANTED.

IT IS FURTHER ORDERED that this case shall be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Date: May 1, 2006                         S/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Copies of this Order have been served on Attorneys of Record either by electronic means or U.S. Mail.

                                          S/Kendra Byrd
                                          Deputy Clerk